ADAM B. GOTTLIEB (New York Bar No. 4399135)
gottlieba@sec.gov
CHRISTOPHER J. CARNEY (District of Columbia Bar No. 472294)
carneyc@sec.gov

Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-8299 (Gottlieb)
Facsimile:  (301) 847-4705

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>CROWD MACHINE, INC., METAVINE, INC, and CRAIG DEREL SPROULE,<br><br>    Defendants,<br><br>and<br><br>METAVINE PTY. LTD.,<br><br>    Relief Defendant. | Case No. 4:22-cv-0076 (HSG)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT** |

Plaintiff U.S. Securities and Exchange Commission ("SEC"), defendants Crowd Machine, Inc. and Metavine, Inc.,[1] and relief defendant Metavine Pty. Ltd. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 25, 2022, this Court issued an order (ECF No. 6) scheduling a telephonic case management conference for March 1, 2022 at 2:00 p.m. and directing the parties to submit a joint case management statement by February 22, 2022;

---

[1] With the Court's entry of the final consent judgment against defendant Craig Sproule on January 11, 2022 (ECF No. 12), the SEC's action against Mr. Sproule was resolved in its entirety and thus his participation in further case management activities is no longer necessary.

1  WHEREAS, counsel to defendants Crowd Machine, Inc. and Metavine, Inc., and relief defendant Metavine Pty. Ltd. first contacted counsel to SEC and filed notices of appearance in this action on February 17, 2022;

WHEREAS, counsel to the Parties have not yet had an opportunity to confer regarding scheduling issues or the preparation of a joint case management statement; and

WHEREAS, the Parties intend to confer and to submit a joint case management statement that will assist the Court in resolving this action efficiently and expeditiously:

**IT IS ACCORDINGLY STIPULATED** pursuant to Civil L.R. 6-2 and 7-12, subject to this Court's approval, that:

i. The case management conference previously scheduled for March 1, 2022 at 2:00 p.m. is rescheduled for March 22, 2022 at 2:00 p.m.; and

ii. The Parties shall submit a joint case management statement by March 8, 2022.

Dated: February 22, 2022           By:   /s/   Christopher J. Carney
                                         Christopher J. Carney

Attorney for Plaintiff
U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-2379
Facsimile:  (301) 847-4705

Dated: February 22, 2022           DTO LAW

                                   By:   /s/   Justin T. Goodwin
                                         Justin T. Goodwin
                                         William A. Delgado

Attorneys for Crowd Machine, Inc., Metavine, Inc., and Metavine Pty. Ltd.

601 South Figueroa Street
Suite 2130
Los Angeles, CA 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this stipulation.

Dated: February 22, 2022          By:   /s/      Christopher J. Carney
                                         Christopher J. Carney

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: February 22, 2022          _Haywood S. Gilliam, Jr._
                                  Hon. Haywood S. Gilliam, Jr.
                                  United States District Judge

3

SEC v. Crowd Machine, Inc., et al.
SEC'S CASE MANAGEMENT
STATEMENT