1  ADAM B. GOTTLIEB (New York Bar No. 4399135)
   gottlieba@sec.gov
2  CHRISTOPHER J. CARNEY (District of Columbia Bar No. 472294)
   carneyc@sec.gov
3  U.S. SECURITIES AND EXCHANGE COMMISSION
   100 F Street, NE
4  Washington, DC 20549
   Telephone: (202) 551-8299 (Gottlieb)
5
   Attorneys for Plaintiff
6  SECURITIES AND EXCHANGE COMMISSION

7  *Appearances of Counsel Continued on Next Page*

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

| | |
|---|---|
| 11  U.S. SECURITIES AND EXCHANGE COMMISSION, | Case No.: 4:22-cv-00076-HSG |
| 12                Plaintiff, | Hon. Haywood S. Gilliam, Jr, |
| 13      v. | **STIPULATION AND JOINT STATEMENT TO REQUEST MODIFICATION OF SCHEDULING ORDER (ECF NO. 31) AND EXTENSION OF DEADLINES; ORDER (as modified)** |
| 14  CROWD MACHINE, INC., METAVINE, INC, and CRAIG DEREL SPROULE, | |
| 15  Defendants, | |
| 18  and | |
| 19  METAVINE PTY. LTD., | |
| 20                Relief Defendant, | |

1  William A. Delgado (SBN 222666)
   wdelgado@dtolaw.com
2  Justin T. Goodwin (SBN 278721)
   jgoodwin@dtolaw.com
3  Alison D. Kehner (Admitted *pro hac vice*)
   akehner@dtolaw.com
4  DTO LAW
   601 South Figueroa Street, Suite 2130
5  Los Angeles, CA 90017
   Telephone: (213) 335-6999
6  Facsimile: (213) 335-7802

7  Attorneys for Defendants
   CROWD MACHINE, INC., METAVINE, INC.,
8  and METAVINE PTY. LTD.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Crowd Machine, Inc., Metavine, Inc., and Relief Defendant Metavine Pty, LTD (collectively "Crowd Machine entities"), hereby jointly submit the following Stipulation and Joint Statement pursuant to Local Civil Rules 6-1, 6-2, and 7-12, Federal Rule of Civil Procedure 16(b)(4), and paragraph 15 of this Court's Standing Order, seeking modification of the Court's September 6, 2022, order (ECF No. 31) to extend the deadlines therein, subject to the Court's approval, by approximately 45 days:

1. On March 23, 2022, the Court issued a Scheduling Order, setting this matter for a May 11, 2023, hearing on the amount of monetary relief owed. The Order also set forth interim deadlines for the completion of fact discovery, the exchange of expert reports and discovery, and a briefing schedule for the SEC's forthcoming motion for monetary relief.

2. On September 6, 2022, the Court granted the parties' joint stipulation to extend the deadlines set forth in the Scheduling Order by approximately 90 days (ECF No. 31). As a result, the final hearing on the SEC's forthcoming motion for monetary relief is currently set for August 24, 2023, and fact discovery is currently set to close on December 16, 2022.

3. As set forth in the following Joint Statement of Good Cause, the parties agree there is good cause to extend the fact-discovery deadline by 45 days.

<u>Joint Statement of Good Cause</u>

4. The parties have worked diligently and cooperatively on exchanging fact discovery and conferring on scheduling matters and logistics. Each party has timely served written discovery requests, served written responses, and produced documents. Additionally, on December 7, 2022, the SEC took the deposition of Defendants' former General Counsel and Chief Financial Officer.

5. The principal remaining discovery to be taken in this action is the deposition of Craig Sproule, Metavine, Inc's principal. After the parties conferred

1

1  on a mutually agreeable date for Mr. Sproule's deposition, the SEC noticed Mr.
2  Sproule's deposition for December 8, 2022.  Shortly before the deposition was
3  scheduled to take place, Mr. Sproule determined that he needed to retain his own,
4  separate counsel to account for any conflict of interest that might arise between Mr.
5  Sproule and any defendant.  The parties are informed that Mr. Sproule is currently
6  in the process of retaining counsel, and his new counsel will need adequate time to
7  become familiar with the facts and issues in the case.

8      6.   Accordingly, despite the parties' diligence and good faith in conducting
9  fact discovery, the parties agree that Mr. Sproule's deposition cannot proceed before
10 the current fact-discovery cutoff of December 16, 2022, which in turn impacts the
11 remaining case deadlines.

12     7.   In light of the foregoing, to afford Mr. Sproule with adequate time to
13 retain counsel, and to afford Mr. Sproule's new counsel with adequate time to
14 consider the facts and issues in the case, the parties believe good cause exists to
15 extend the fact discovery deadline by approximately 45 days.  The parties further
16 agree that, because the remaining deadlines are keyed to the close of fact discovery,
17 all subsequent deadlines set forth in the Court's order of September 6, 2022, should
18 similarly be extended by approximately 45 days.

19     8.   The parties agree that this Joint Statement is made in good faith in
20 the interest of judicial economy and is not for the purpose of delay.

21     Based on the foregoing, IT IS STIPULATED AND AGREED, by and between the
22 parties and their undersigned counsel, that good cause exists for the deadlines set
23 forth in the Court's order of September 6, 2022 (ECF No. 31) to be MODIFIED.  The
24 parties have conferred and jointly propose the following modifications to the current
25 deadlines set forth in the Court's order of September 6, 2022:

| Event | Current Date ECF No. 5 | Proposed New Date |
|---|---|---|
| Close of Fact Discovery re SEC's request for monetary relief | Dec. 16, 2022 | Jan. 30, 2022 |
| Deadline for SEC to serve initial expert report or updated disclosure under FRCP 26(a)(1)(A)(iii) | Feb. 1, 2023 | Mar. 17, 2023 |
| Deadline for Defendants and Relief Defendant to complete expert discovery re SEC's initial expert report (if any) and serve any expert report re SEC's claim for monetary Relief | Mar. 15, 2023 | Apr. 28, 2023 |
| Deadline for SEC to complete expert discovery re: Defendant and Relief Defendant's expert report (if any) and serve any rebuttal expert report | Apr. 26, 2023 | June 9, 2023 |
| Deadline for Defendants and Relief Defendant to complete expert discovery re SEC's rebuttal expert report | May 24, 2023 | July 7, 2023 |
| Deadline for SEC to file motion for monetary relief | June 21, 2023 | Aug. 4, 2023 |
| Deadline for Defendants and Relief Defendant to file response to SEC's motion for monetary relief | July 19, 2023 | Sept. 1, 2023 |
| Deadline for SEC to file reply in support of motion for monetary relief | Aug. 2, 2023 | Sept. 15, 2023 |
| Hearing on SEC's motion for monetary relief | Aug. 24, 2023, at 2:00 p.m. | Oct. 5, 2023, at 2:00 p.m. |

Dated: December 16, 2022     By: /s/ Adam B. Gottlieb
                              ADAM B. GOTTLIEB
                              Attorney for Plaintiff
                              U.S. SECURITIES AND EXCHANGE COMMISSION

Dated: December 16, 2022     By: /s/ Justin T. Goodwin
                              JUSTIN T. GOODWIN
                              Attorney for Defendants
                              CROWD MACHINE, INC., METAVINE, INC., and METAVINE PTY. LTD.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED except that the Close of Fact
2  Discovery re SEC's request for monetary relief currently set for December 16, 2022 is continued to January 30, 2023.
3  DATED: 12/19/2022
4  _____
   HAYWOOD S. GILLIAM, JR.
5  UNITED STATES DISTRICT JUDGE