ADAM B. GOTTLIEB (New York Bar No. 4399135)
gottlieba@sec.gov
CHRISTOPHER J. CARNEY (District of Columbia Bar No. 472294)
carneyc@sec.gov
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-8299 (Gottlieb)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*Appearances of Counsel Continued on Next Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CROWD MACHINE, INC., METAVINE, INC, and CRAIG DEREL SPROULE,<br><br>Defendants,<br><br>and<br><br>METAVINE PTY. LTD.,<br><br>Relief Defendant. | Case No. 4:22-CV-00076-HSG<br><br>Hon. Haywood S. Gilliam, Jr,<br><br>**STIPULATION AND JOINT STATEMENT TO REQUEST MODIFICATION OF SCHEDULING ORDER (ECF NO. 36) AND EXTENSION OF DEADLINES WITH ORDER)** |

=

1  William A. Delgado (SBN 222666)
   wdelgado@dtolaw.com
2  Justin T. Goodwin (SBN 278721)
   jgoodwin@dtolaw.com
3  Alison D. Kehner (Admitted *pro hac vice*)
   akehner@dtolaw.com
4  DTO LAW
   601 South Figueroa Street, Suite 2130
5  Los Angeles, CA 90017
   Telephone: (213) 335-6999
6  Facsimile: (213) 335-7802

7  Attorneys for Defendants
   CROWD MACHINE, INC. and METAVINE, INC.,
8  and Relief Defendant METAVINE PTY. LTD.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff United States Securities and Exchange Commission ("SEC"), Defendants Crowd Machine, Inc. and Metavine, Inc., and Relief Defendant Metavine Pty, Ltd. (collectively "Crowd Machine entities"), hereby jointly submit the following Stipulation and Joint Statement pursuant to Local Civil Rules 6-1, 6-2, and 7-12, Federal Rule of Civil Procedure 16(b)(4), and paragraph 15 of this Court's Standing Order, seeking modification of the Court's December 9, 2022, order (ECF No. 36) to extend the deadlines therein, subject to the Court's approval, by approximately 14 days:

1. On March 23, 2022, the Court issued a Scheduling Order, setting this matter for a May 11, 2023, hearing on the amount of monetary relief owed. The Order also set forth interim deadlines for the completion of fact discovery, the exchange of expert reports and discovery, and a briefing schedule for the SEC's forthcoming motion for monetary relief.

2. On September 6, 2022, the Court granted the parties' joint stipulation to extend the deadlines set forth in the Scheduling Order by approximately 90 days (ECF No. 31).

3. On December 19, 2022, the Court granted the parties' joint stipulation to extend the deadlines set forth in the Scheduling Order by approximately 45 days. As a result, the SEC's motion for monetary relief is currently due on August 4, 2023, with a hearing on the SEC's motion scheduled for October 5, 2023 (ECF No. 36).

4. As set forth in the following Joint Statement of Good Cause, the parties agree there is good cause to extend by 14 days the SEC's deadline to file its motion for monetary relief and all subsequent dates and deadlines in the Scheduling Order. Subject to the Court's approval, the parties propose that the hearing on the SEC's motion for monetary relief similarly be adjourned 14 days until October 19, 2023, at 2:00 p.m.

Joint Statement of Good Cause

5. Both fact discovery and expert discovery in this matter have now concluded.

6. The sole remaining deadlines in this matter relate to the SEC's anticipated motion for monetary relief, currently due on August 4, 2023. Defendants' and Relief Defendant's response to the SEC's motion for monetary relief is currently due September 1, 2023, with the SEC's reply due September 15, 2023. A hearing on the SEC's motion for monetary relief is scheduled for October 5, 2023.

7. In order to finalize the SEC's motion for monetary relief, counsel for the SEC must obtain authority from the Commission to request specific monetary remedy amounts in this case. Moreover, before seeking such authorization counsel must complete an internal review process.

8. Undersigned counsel for the SEC has worked diligently to obtain from the Commission authorization to file its motion for monetary relief, but the approval process remains ongoing and will not be complete before the SEC's filing deadline.

9. The parties therefore agree that, subject to the Court's approval, the SEC's deadline to file its motion for monetary relief and all subsequent dates and deadlines in the Scheduling Order be extended by 14 days.

10. The parties agree that this Joint Statement is made in good faith in the interest of judicial economy and is not for the purpose of delay.

Based on the foregoing, IT IS STIPULATED AND AGREED, by and between the parties and their undersigned counsel, that good cause exists for the deadlines set forth in the Court's order of December 19, 2022 (ECF No. 36) to be MODIFIED.  The parties have conferred and jointly propose the following modifications to the current deadlines set forth in the Court's order of December 19, 2022:

| Event | Current Date (ECF No. 36) | Proposed New Date |
|---|---|---|
| Deadline for SEC to file motion for monetary relief | Aug. 4, 2023 | Aug. 18, 2023 |
| Deadline for Defendants and Relief Defendant to file response to SEC's motion for monetary relief | Sept. 1, 2023 | Sept. 15, 2023 |
| Deadline for SEC to file reply in support of motion for monetary relief | Sept. 15, 2023 | Sept. 29, 2023 |
| Hearing on SEC's motion for monetary relief | Oct. 5, 2023, at 2:00 p.m. | Oct. 19, 2023, at 2:00 p.m. |

Dated:  July 28, 2023            By:    /s/ Adam B. Gottlieb
                                        ADAM B. GOTTLIEB
                                        Attorney for Plaintiff
                                        U.S. SECURITIES AND EXCHANGE
                                        COMMISSION

Dated: July 28, 2023             By:     /s/ Justin T. Goodwin
                                        JUSTIN T. GOODWIN
                                        Attorney for Defendants
                                        CROWD MACHINE, INC.,
                                        METAVINE, INC., and METAVINE PTY. LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  7/31/2023

                                        HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE