William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
Justin T. Goodwin (SBN 278721)
  jgoodwin@dtolaw.com
Alison D. Kehner (*admitted pro hac vice*)
  akehner@dtolaw.com
DTO LAW
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

Attorneys for Defendants
CROWD MACHINE, INC., METAVINE, INC.,
and METAVINE PTY. LTD.

*Appearances of Counsel Continued on Next Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CROWD MACHINE, INC., METAVINE, INC, and CRAIG DEREL SPROULE,<br><br>Defendants,<br><br>and<br><br>METAVINE PTY. LTD.,<br><br>Relief Defendant. | Case No.: 4:22-cv-00076-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION AND JOINT STATEMENT TO REQUEST MODIFICATION OF SCHEDULING ORDER (ECF NO. 39) AND EXTENSION OF DEADLINES WITH ORDER (as modified)** |

Adam B. Gottlieb (New York Bar No. 4399135)
  gottlieba@sec.gov
Christopher J. Carney (District of Columbia Bar No. 472294)
  carneyc@sec.gov
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Telephone: (202) 551-8299 (Gottlieb)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

1  Defendants Crowd Machine, Inc. and Metavine, Inc., and Relief Defendant
2 Metavine Pty, LTD (collectively "Defendants"), and Plaintiff United States
3 Securities and Exchange Commission ("SEC"), hereby jointly submit the following
4 Stipulation and Joint Statement pursuant to Local Civil Rules 6-1, 6-2, and 7-12,
5 Federal Rule of Civil Procedure 16(b)(4), and paragraph 15 of this Court's Standing
6 Order, seeking modification of the Court's July 31, 2023, order (ECF No. 39) to
7 extend the deadlines therein, subject to the Court's approval, by 14 days:

8  1. On March 23, 2022, the Court issued a Scheduling Order, setting this
9 matter for a May 11, 2023 hearing on the amount of monetary relief owed. The
10 Order also set forth interim deadlines for the completion of fact discovery, the
11 exchange of expert reports and discovery, and a briefing schedule for the SEC's
12 motion for monetary relief.

13  2. On September 6, 2022, the Court granted the parties' joint stipulation
14 to extend the deadlines set forth in the Scheduling Order by approximately 90 days
15 (ECF No. 31).

16  3. On December 19, 2022, the Court granted the parties' joint stipulation
17 to extend the deadlines set forth in the Scheduling Order by approximately 45 days.
18 (ECF No. 36).

19  4. On July 31, 2023, the Court granted the parties' joint stipulation to
20 extend the deadlines set forth in the Scheduling Order by 14 days (ECF No. 39) to
21 accommodate the SEC's need for additional time to complete internal review and
22 approval processes in connection with its then-forthcoming motion for monetary
23 relief. As a result, the SEC's motion for monetary relief was due August 18, 2023,
24 with a hearing on the SEC's motion scheduled for October 19, 2023. Defendants'
25 response to the SEC's motion for monetary relief is currently due September 15,
26 2023.

27  5. As set forth in the following Joint Statement of Good Cause, the
28 parties agree there is good cause to extend by 14 days the Defendants' deadline to

1  file its response to the motion for monetary relief and all subsequent dates and
2  deadlines in the Scheduling Order. Subject to the Court's approval, the parties
3  propose that the hearing on the SEC's motion for monetary relief similarly be
4  adjourned 14 days until November 2, 2023, at 2:00 p.m.

### Joint Statement of Good Cause

6.  Both fact discovery and expert discovery in this matter have now concluded. The SEC has filed its motion for monetary relief.

7.  The sole remaining deadlines in this matter relate to the Defendants' response to the SEC's motion for monetary relief, currently due on September 15, 2023, and the SEC's reply, due on September 29, 2023. A hearing on the SEC's motion for monetary relief is scheduled for October 19, 2023.

8.  Defense counsel are currently engaged in a class action trial before Judge Alsup in the Northern District of California. The trial began on August 22, just two business days after the SEC filed its motion for monetary relief. Defense counsel have worked diligently on the instant mater.  However, due to the time and resource commitment required by the class action trial, Defendants respectfully submit that an additional two weeks is necessary to adequately respond to the SEC's motion for monetary relief.

9.  The parties therefore agree that, subject to the Court's approval, the Defendants' deadline to file its response to the SEC's motion for monetary relief and all subsequent dates and deadlines in the Scheduling Order be extended by 14 days.

10. The parties agree that this Joint Statement is made in good faith in the interest of judicial economy and is not for the purpose of delay.

Based on the foregoing, IT IS STIPULATED AND AGREED, by and between the parties and their undersigned counsel, that good cause exists for the deadlines set forth in the Court's order of July 31, 2023 (ECF No. 39) to be MODIFIED. The parties have conferred and jointly propose the following modifications to the current deadlines set forth in the Court's order of July 31, 2023:

| Event | Current Date (ECF No. 39) | Proposed New Date |
|---|---|---|
| Deadline for Defendants and Relief Defendant to file response to SEC's motion for monetary relief | Sept. 15, 2023 | Sept. 29, 2023 |
| Deadline for SEC to file reply in support of motion for monetary relief | Sept. 29, 2023 | Oct. 13, 2023 |
| Hearing on SEC's motion for monetary relief | Oct. 19, 2023, at 2:00 p.m. | Nov. 2, 2023, at 2:00 p.m. |

Dated:  August 28, 2023

By:  */s/ Justin T. Goodwin*
Justin T. Goodwin

Attorney for Defendants
CROWD MACHINE, INC.,
METAVINE, INC., and
METAVINE PTY., LTD.

Dated:  August 28, 2023

By:  */s/ Adam B. Gottlieb*
Adam B. Gottlieb

Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE
COMMISSION

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Northern District of California Local Rule 5-1, I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Justin T. Goodwin*
Justin T. Goodwin

PURSUANT TO STIPULATION, IT IS SO ORDERED except the hearing will be held in-person on November 16, 2023 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

DATED: 9/5/2023

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE