1  ADAM B. GOTTLIEB (New York Bar No. 4399135)
   gottlieba@sec.gov
2  CHRISTOPHER J. CARNEY (District of Columbia Bar No. 472294)
   carneyc@sec.gov
3  U.S. SECURITIES AND EXCHANGE COMMISSION
   100 F Street, NE
4  Washington, DC 20549
   Telephone: (202) 551-8299 (Gottlieb)
5
   Attorneys for Plaintiff
6  SECURITIES AND EXCHANGE COMMISSION

7  *Appearances of Counsel Continued on Next Page*

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                          OAKLAND DIVISION

10 | U.S. SECURITIES AND EXCHANGE | |
   | COMMISSION, | |
11 | | Case No. 4:22-CV-00076-HSG |
   | Plaintiff, | |
12 | | Hon. Haywood S. Gilliam, Jr. |
   | v. | |
13 | | |
   | CROWD MACHINE, INC., METAVINE, INC, | **STIPULATION AND JOINT** |
14 | and CRAIG DEREL SPROULE, | **STATEMENT TO REQUEST** |
   | | **MODIFICATION OF SCHEDULING** |
15 | Defendants, | **ORDER (ECF NO. 48) AND EXTENSION** |
   | | **OF DEADLINES (WITH ORDER)** |
16
   and

   METAVINE PTY. LTD.,

          Relief Defendant.

William A. Delgado (SBN 222666)
wdelgado@dtolaw.com
Justin T. Goodwin (SBN 278721)
jgoodwin@dtolaw.com
Alison D. Kehner (Admitted *pro hac vice*)
akehner@dtolaw.com
DTO LAW
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

Attorneys for Defendants
CROWD MACHINE, INC. and METAVINE, INC.,
and Relief Defendant METAVINE PTY. LTD.

Plaintiff United States Securities and Exchange Commission ("SEC"), Defendants Crowd Machine, Inc. and Metavine, Inc., and Relief Defendant Metavine Pty, Ltd. (collectively "Crowd Machine entities"), hereby jointly submit the following Stipulation and Joint Statement pursuant to Local Civil Rules 6-1, 6-2, and 7-12, Federal Rule of Civil Procedure 16(b)(4), and paragraph 15 of this Court's Standing Order, seeking modification of the Court's September 5, 2023, order (ECF No. 48) to extend by 7 days the SEC's deadline to file its reply in support of its motion for monetary relief, subject to the Court's approval:

1. On March 23, 2022, the Court issued a Scheduling Order, setting this matter for a May 11, 2023, hearing on the amount of monetary relief owed. The Order also set forth interim deadlines for the completion of fact discovery, the exchange of expert reports and discovery, and a briefing schedule for the SEC's forthcoming motion for monetary relief.

2. On September 6, 2022, the Court granted the parties' joint stipulation to extend the deadlines set forth in the Scheduling Order by approximately 90 days (ECF No. 31).

3. On December 19, 2022, the Court granted the parties' joint stipulation to extend the deadlines set forth in the Scheduling Order by approximately 45 days. (ECF No. 36).

4. On July 31, 2023, the Court granted the parties' joint stipulation to extend the deadlines set forth in the Scheduling Order by 14 days (ECF No. 39).

5. On September 5, 2023, the Court Granted the parties' joint stipulation to extend the deadlines set forth in the Scheduling Order by 14 days (ECF No. 48).

6. As set forth in the following Joint Statement of Good Cause, the parties agree there is good cause to extend by 7 days the SEC's deadline to file its reply to in support of its motion for monetary relief. The parties propose that the hearing on the SEC's motion for monetary relief be held as scheduled on November 16, 2023, at 2:00 p.m.

<u>Joint Statement of Good Cause</u>

7. Discovery in this matter has now concluded.

8. The SEC filed its motion for monetary relief on August 18, 2023, and the Crowd Machine entities filed their opposition to the SEC's motion on September 29, 2023.

9. The sole remaining deadline in this matter relates to the SEC's reply in support of its motion for monetary relief, which is currently due on October 13, 2023. A hearing on the SEC's motion for monetary relief is scheduled for November 16, 2023.

10. Before filing its reply in support of its motion for monetary relief, counsel for the SEC must submit its proposed filing for internal review and obtain supervisory approval.

11. Undersigned counsel for the SEC has worked diligently to obtain approval to file its reply in support of its motion for monetary relief, but the approval process remains ongoing and will not be complete before the SEC's filing deadline.

12. The parties therefore agree, subject to the Court's approval, that the SEC's deadline to file its reply in support of its motion for monetary relief be extended by 7 days until October 20, 2023.

13. The parties propose that the hearing on the SEC's motion for monetary relief be held as scheduled on November 16, 2023.

14. The parties agree that this Joint Statement is made in good faith in the interest of judicial economy and is not for the purpose of delay.

Based on the foregoing, IT IS STIPULATED AND AGREED, by and between the parties and their undersigned counsel, that good cause exists for the SEC's deadline to file its reply in support of its motion for monetary relief, as set forth in the Court's order of September 5, 2023 (ECF No. 48), to be MODIFIED as follows:

| Event | Current Date (ECF No. 48) | Proposed New Date |
|---|---|---|
| Deadline for SEC to file reply in support of motion for monetary relief | Oct. 13, 2023 | Oct. 20, 2023 |
| Hearing on SEC's motion for monetary relief | Nov. 16, 2023, at 2:00 p.m. | Nov. 16, 2023, at 2:00 p.m. (No Change) |

Dated: October 12, 2023     By:    /s/  Adam B. Gottlieb
                                          ADAM B. GOTTLIEB
                                          Attorney for Plaintiff
                                          U.S. SECURITIES AND EXCHANGE
                                          COMMISSION

Dated: October 12, 2023     By:    /s/  Justin T. Goodwin
                                          JUSTIN T. GOODWIN
                                          Attorney for Defendants
                                          CROWD MACHINE, INC.,
                                          METAVINE, INC., and METAVINE PTY. LTD.

### CIVIL LOCAL RULE 5-1 ATTESTATION

Pursuant to Northern District of California Local Rule 5-1, I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                     /s/   Adam B. Gottlieb
                                          Adam B. Gottlieb

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  10/13/2023
                                          HAYWOOD S. GILLIAM, JR.
                                          UNITED STATES DISTRICT JUDGE