UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CROWD MACHINE, INC., METAVINE, INC, and CRAIG DEREL SPROULE,<br><br>Defendants,<br><br>and<br><br>METAVINE PTY. LTD.,<br><br>Relief Defendant, | Case No.: 4:22-cv-00076-HSG<br><br>Hon. Haywood S. Gilliam, Jr,<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**ORDER**

The Court, having considered Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 41), as well as Defendants' Response thereto, and the Declaration of Anne Osborne in support thereof, HEREBY ORDERS THAT:

1. The Court finds there are compelling reasons sufficient to overcome the presumption in favor of granting public access to the documents below. "Courts have found that 'confidential business information' in the form of … 'financial terms … and business strategies' satisfies the 'compelling reasons' standard." *Baird v. BlackRock Inst. Trust. Co., N.A.*, 403 F.Supp.3d 765, 792 (N.D. Cal. 2019) (Gilliam, J.) (quoting *In re Qualcomm Litig.*, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017)) (emphasis added).

2. Accordingly, Plaintiff's Administrative Motion is GRANTED, and the Clerk of the Court is directed to accept the under-seal filing of the following materials:

| Docket No. Public / (Sealed) | Document | Portion(s) to Seal | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 42-1 / (41-1) | Exhibit A to SEC's Motion for Monetary Relief: September 30, 2022 Defendants' Responses to Plaintiff's Interrogatory No. 13 | Attachment A under seal | Osborne Decl. | Granted |
| 42-1 / (41-2) | Exhibit B to SEC's Motion for Monetary Relief: December 7, 2022 Deposition of Ann Osborne | with redactions | Osborne Decl. | Granted |
| 42-1 / (41-3) | Exhibit C to SEC's Motion for Monetary Relief: January 28, 2023 Deposition of Craig Sproule | with redactions | Osborne Decl. | Granted |

| | | | | |
|---|---|---|---|---|
| 42-1 / (41-4) | Exhibit D to SEC's Motion for Monetary Relief: Defendants' Oct. 7, 2022 Interrogatory Responses | with redactions | Osborne Decl. | Granted |
| 42-1 / (41-5) | Exhibit E to SEC's Motion for Monetary Relief: Osborne Deposition Exhibit 4 | entire document under seal | Osborne Decl. | Granted |
| 40-1 / 41-6 | Declaration of Avron M. Elbaum | with redactions to declaration and Exhibits 1-14 under seal | Osborne Decl. | Granted |

**IT IS SO ORDERED.**

Date: 1/4/2024

By: _____
Hon. Haywood S. Gilliam, Jr.